# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Wealth Enhancement Group, LLC | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 23-cv-03034-JMB-JFD |
| Julie Darrah | |
| Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Joint Motion to Approve Consent Judgment (Doc. No. 51) is GRANTED; and

2. The Proposed Consent Judgment (Doc. No. 52) is APPROVED and shall be filed as an attachment hereto.

Date: 12/27/2024                                                                      KATE M. FOGARTY, CLERK